**FILED**

07/23/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0277

**ORIGINAL**

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA 20-0277

| | |
|---|---|
| **BRANDY J. PERSOMA,**<br>Petitioner/Appellant,<br><br>v.<br><br>**TYLER J. PERSOMA,**<br>Respondent/Appellee, | **ORDER GRANTING 30 DAY EXTENSION TO FILE OPENING BRIEF** |

Upon Appellant's Motion for a thirty (30) day extension of time to file her opening brief pursuant to Mont. R. App. P. Rule 26, and for good cause shown:

IT IS HEREBY ORDERED that Appellant is granted a thirty day extension of time up to and including until August 29, 2020 in which to file her opening brief.

DATED this _____ day of July, 2020.

Hon. Bowen Greenwood,
Clerk of the Montana Supreme Court

cc: Brandy J. Persoma, P.O. Box 30812, Billings, MT 59107
Daniel L. Ball, P.O. Box 2502, Billings, MT 59103

**FILED**

JUL 23 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana